**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Terry W Bubb** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–9427** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Marion I Bubb** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–2347** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Western District of Wisconsin,** <br> http://www.wiwb.uscourts.gov | | Date case filed for chapter  **13**  **10/17/17** |
| Case number:  **1–17–13567–bhl** | | |

# Official Form 309I
# Notice of Chapter 13 Bankruptcy Case

**12/15**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| 1. **Debtor's full name** | Terry W Bubb | and  Marion I Bubb |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | P.O. Box 35 <br> South Range, WI 54874 | P.O. Box 35 <br> South Range, WI 54874 |
| 4. **Debtor's attorney** <br> Name and address | John F. Hedtke <br> 1217 East First Street <br> Duluth, MN 55805 <br><br> Contact phone (218) 728–1993 | John F. Hedtke <br><br> (See attorney address to left) |
| 5. **Bankruptcy trustee** <br> Name and address | Mark Harring <br> 131 W. Wilson Street, Suite 1000 <br> Madison, WI 53703–3260 | Contact phone 608–256–4320 |
| 6. **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Federal Courthouse <br> 500 S. Barstow Street <br> Eau Claire, WI 54701 | Hours open: Monday – Friday <br> 8:00 AM – 4:30 PM <br> Contact phone 715–839–2980 <br> Date: 10/18/17 |

**For more information, see page 2**

Debtor **Terry W Bubb** and **Marion I Bubb**      Case number **1–17–13567–bhl**

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 7, 2017 at 09:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **Government Center, Board Meeting Room 204A, 1316 North 14th Street, Superior, WI 54880** |
| **8.** | **Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br><br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/5/18** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/7/18** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/16/18** |
| | | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim may be filed online at www.wiwb.uscourts.gov or a proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**    30 days after the *conclusion* of the meeting of creditors |
| **9.** | **Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. Written objections to confirmation must be filed prior to the conclusion of the Meeting of Creditors. | |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13.** | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

```
                        United States Bankruptcy Court
                         Western District of Wisconsin
In re:                                                    Case No. 17-13567-bhl
Terry W Bubb                                              Chapter 13
Marion I Bubb
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0758-1          User: Nicholas              Page 1 of 1           Date Rcvd: Oct 18, 2017
                              Form ID: 309I               Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb         +Terry W Bubb,    Marion I Bubb,    P.O. Box 35,    South Range, WI 54874-0035
aty            +John F. Hedtke,    1217 East First Street,    Duluth, MN 55805-2402
tr              Mark Harring,    131 W. Wilson Street, Suite 1000,    Madison, WI 53703-3260
4503406         Check N Go Of Wisconsin, Inc.,    1708 Belknap St,    Superior, WI 54880-2530
4503407         Check'n Go,    100 Commercial Dr,    Fairfield, OH 45014-5556
4503408         Gray & Associates, LLP,    16345 W Glendale Dr,    New Berlin, WI 53151-2841
4503409        +John Jones Construction,    2118 Pennsylvania Avenue,    Superior, WI 54880-4648
4503410        +LVNV Funding,    3033 Campus Drive,    Suite 250,    Minneapolis, MN 55441-2662
4503411         Messerli & Kramer,    3033 Campus Dr Ste 250,    Plymouth, MN 55441-2662
4503414       ++SPEEDY LOAN CORP,    115 N 4TH ST,    WATERTOWN WI 53094-3860
                (address filed with court:    Speedy Loan,    1624 Tower Ave,    Superior, WI 54880-2534)
4503415         Till, Salzer & Blank, Ltd.,    1225 Tower Ave Ste 318,    Superior, WI 54880-1545
4503417         USA Cash Services,    1024 Belknap St,    Superior, WI 54880-2810
4503418         USA Cash Services,    1752 Combe Rd Ste 1,    Ogden, UT 84403-5069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: WISCDEPREV.COM Oct 18 2017 19:43:00      Wisconsin Department of Revenue,
                 Special Procedures Unit,    P.O. Box 8901,    Madison, WI  53708-8901
4503405         EDI: CAPITALONE.COM Oct 18 2017 19:43:00      Capital One Bank,    1680 Capital One Dr,
                 Mc Lean, VA 22102-3407
4503412         EDI: RMSC.COM Oct 18 2017 19:43:00      Sams Club,    Discover,    PO Box 960013,
                 Orlando, FL 32896-0013
4503413        +E-mail/Text: bankruptcy@speedyinc.com Oct 18 2017 19:41:49      Speedy Cash,    PO 780408,
                 Wichita, KS 67278-0408
4503416         EDI: USBANKARS.COM Oct 18 2017 19:43:00      US Bank Home Mortgage,    4801 Frederica St,
                 Owensboro, KY 42301-7441
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
          John F. Hedtke    on behalf of Joint Debtor Marion I Bubb john@hedtkelaw.com
          John F. Hedtke    on behalf of Debtor Terry W Bubb john@hedtkelaw.com
          Mark Harring    court@ch13wdw.org
          U.S. Trustee's Office    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```