**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Terry W & Marion I Bubb | 17-13567-13 |
| Debtors | |

**NOTICE AND MOTION TO DISMISS**

Standing Chapter 13 Trustee, Mark Harring brings on this motion and respectfully represents:

1. Debtors filed a petition for relief under chapter 13 of the United States Bankruptcy Code on October 17, 2017.

2. The debtor has caused unreasonable delay that is prejudicial to creditors pursuant to 11 USC Sec. 1307(c)(1) by failing to provide an update requested by this office regarding the probate case.

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter 13 proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before September 29, 2020** if you wish to contest this motion. Any objection or request for hearing that you file must be filed with the court at the address listed below. If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

Dated: September 8, 2020        /s/ Mark Harring
                                Standing Chapter 13 Trustee

The Court's Address is:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

This copy of notice sent to:

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| IN RE: | Case Number |
|---|---|
| Terry W & Marion I Bubb | 17-13567-13 |
| Debtors | |

**CERTIFICATE OF SERVICE**

I, Chelsey Jones, state that on September 8, 2020 I deposited in the U.S. Mail a true and correct copy of the notice and motion for dismissal to the following listed parties in envelopes with return addresses in case of non-delivery, unless parties are served via the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N Henry
Room 340
Madison, WI 53703-2599

ATTORNEY JOHN F. HEDTKE
1217 E 1ST STREET
DULUTH, MN 55805

Terry W & Marion I Bubb
P.O. Box 35
South Range  WI  54874

I certify under penalty of perjury that the foregoing is true and correct.

/s/  Chelsey Jones
Office of the Standing Chapter 13  Trustee