**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 5, 2020**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of: | In Proceedings for a Debt Repayment Plan Under Chapter 13 |
| Terry W & Marion I Bubb | Case Number   17-13567-  13 |

AMENDED ORDER TO DEBTOR TO PAY THE TRUSTEE

TO   Terry W & Marion I Bubb
     P.O. Box 35
     South Range WI 54874

The debtor(s) has filed a plan with this Court to pay debts out of future Income, and by this plan submits all future earnings and wages to the supervision and control of the Trustee for the purpose consummating the plan.  Now therefore the Court makes the following order:

It is ordered that Terry W Bubb the debtor(s), until further notice from the Trustee, pay from income or earnings the sum of:

    **800.00 MONTHLY**                      Due immediately

and to continue MONTHLY until:

    **2,160.00 MONTHLY**                  Due by: 10/16/2020

and to continue MONTHLY until:

    **1,160.00 MONTHLY**                  Due by: 11/16/2020

and to continue MONTHLY thereafter.

Said payment(s) to be by   **Money Order, Cashiers Checks or via TFSBillPay.com**
Money Orders and Cashiers Checks must   **Include Your Name and Case Number**   on them.
Your Case Number is:   **17-13567**

If you are paid on a cycle that differs from the required payment(s) shown above you may pay in accordance with your cycle so long as the amount you remit is equivalent to the above amount on an annual basis.  Please indicate your cycle if different from the cycle ordered.

Payment coupons are available from the Trustee's web site: www.ch13wdw.org or from the Trustee's office.

Payments should be made to:   **Mark Harring Standing Trustee**
    and mailed to:   **MARK HARRING CH 13 TRUSTEE**
                            **P.O. BOX 88004**
                            **CHICAGO IL 606801004**

    Ch 13 Office Phone #   608-256-4320

This order supersedes any previous order made to you in this case.

    YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

###

United States Bankruptcy Court

Western District of Wisconsin

| | |
|---|---|
| In re: | Case No. 17-13567-cjf |
| Terry W Bubb | Chapter 13 |
| Marion I Bubb | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0758-1  User:  Page 1 of 2
Date Rcvd: Oct 05, 2020  Form ID: pdf837  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

**Recip ID    Recipient Name and Address**
db/jdb    + Terry W Bubb, Marion I Bubb, P.O. Box 35, South Range, WI 54874-0035

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb    *+    Marion I Bubb, P.O. Box 35, South Range, WI 54874-0035

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

**Name    Email Address**

John F. Hedtke
    on behalf of Joint Debtor Marion I Bubb john@hedtkelaw.com

John F. Hedtke
    on behalf of Debtor Terry W Bubb john@hedtkelaw.com

Mark Harring
    court@ch13wdw.org

Matthew L. Comella
    on behalf of Creditor Wisconsin Housing and Economic Development Authority bkpleadingsWEST@wi.cslegal.com matthew.comella@codilis.com

District/off: 0758-1 | User: | Page 2 of 2
Date Rcvd: Oct 05, 2020 | Form ID: pdf837 | Total Noticed: 1

Rachael A. Stokas
        on behalf of Creditor Wisconsin Housing and Economic Development Authority bkpleadingsWEST@wi.cslegal.com

U.S. Trustee's Office
        USTPRegion11.MD.ECF@usdoj.gov

TOTAL: 6