Certificate Number: 03088-WIW-DE-036745659

Bankruptcy Case Number: 17-13567



03088-WIW-DE-036745659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 9, 2022,</u> at <u>12:48</u> o'clock <u>PM CDT</u>, <u>Terry W Bubb Sr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Wisconsin</u>.

Date:  <u>August 9, 2022</u>

By:  <u>/s/Susan D Gann</u>

Name:  <u>Susan D Gann</u>

Title:  <u>Counselor</u>