Certificate Number: 03088-WIW-DE-036745900

Bankruptcy Case Number: 17-13567



03088-WIW-DE-036745900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2022, at 12:48 o'clock PM CDT, Terry W. Bubb completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Wisconsin.

Date:  August 9, 2022               By:   /s/Tania Roman for Susan D Gann

                                    Name: Susan D Gann

                                    Title: Counselor