**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Terry W Bubb |
| Debtor 2 (Spouse, if filing) | Marion I Bubb, The Estate of |
| United States Bankruptcy Court for the: | Western District of Wisconsin (State) |
| Case number | 1-17-13567-cjf |

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of creditor:** Wisconsin Housing and Economic Development Authority

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 0092

**Property address:** 3650 S County Rd E
Number        Street

South Range        WI        54874
City                State    Zip Code

## Part 2:  Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this responses is: _____

## Part 3:  Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  N/A  Paid in full
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) _____

c. Total. Add lines a and b.    (c) _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____
MM / DD / YYYY

| Debtor 1 | Terry W Bubb | | Case number *(if known)* | 1-17-13567-cjf |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

The following amount(s) will be due at the earlier of repayment in full, acceleration, or maturity of the loan:

Deferred extension interest (related to re-ages or loan mods):   $
Deferred daily simple interest:   $
Deferred (other):   $

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Matthew L. Comella                  Date   8/15/2022
   Signature

Print   Matthew L. Comella                  Title   Attorney for Creditor
        First Name    Middle Name    Last Name

Company   Codilis, Moody & Circelli, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   15W030 North Frontage Road, Suite 200
          Number    Street

          Burr Ridge              IL       60527
          City                    State    ZIP Code

Contact phone   (414) 775-7700             Email   bkpleadingsWEST@wi.cslegal.com

File No. 50-17-02308

1-17-13567-cjf

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 15, 2022 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  August 16, 2022.

Mark Harring, Chapter 13 Trustee, 131 W. Wilson Street, Suite 1000, Madison, WI 53703-3260 by electronic notice through ECF
Terry W Bubb, Marion I Bubb, The Estate of, Debtor(s), P.O. Box 35, South Range, WI 54874
John F. Hedtke, Attorney for Debtor(s), 1217 East First Street, Duluth, MN 55805 by electronic notice through ECF
Office of U.S. Trustee, 780 Regent Street, Suite 304, Madison, WI 53715 by electronic notice through ECF

/s/ Matthew L. Comella

Shawn R. Hillmann, WI Bar No. 1037005
Rachael A. Stokas, MO Bar No. 61282
Matthew Comella, WI Bar No. 1096303
Peter C. Bastianen, IL Bar No. 6244346
Joel P. Fonferko, IL Bar No. 6276490
**Codilis, Moody & Circelli, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527
(414) 775-7700)
**File No. 50-17-02308**
NOTE: This law firm is a debt collector.