# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN
### EAU CLAIRE DIVISION

In re:  Terry W Bubb  
      Marion I Bubb (Deceased)  
           Debtor(s)

Case No.: 17-13567

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark Harring, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/17/2017.
2) The plan was confirmed on 12/21/2017.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 09/06/2018, 11/26/2019, 09/29/2020.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 07/18/2022.
6) Number of months from filing or conversion to last payment: 57.
7) Number of months case was pending: 58.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: NA.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $48,537.38 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $48,537.38 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $3,109.73 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $6,609.73 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA | Unsecured | 3,727.89 | NA | NA | .00 | .00 |
| CERASTES LLC | Unsecured | 4,500.00 | 5,056.11 | 5,056.11 | 5,056.11 | .00 |
| JOHN JONES CONSTRUCTION | Unsecured | 6,648.50 | 6,648.50 | 6,648.50 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 1,734.16 | NA | NA | .00 | .00 |
| SAMS CLUB | Unsecured | 100.00 | NA | NA | .00 | .00 |
| SPEEDY LOAN CORP | Unsecured | 2,800.00 | 1,519.21 | 1,519.21 | 1,519.21 | .00 |
| SPEEDY LOAN CORP | Unsecured | NA | 1,590.16 | 1,590.16 | 1,590.16 | .00 |
| USA CASH SERVICES | Unsecured | 1,800.00 | 1,786.52 | 1,786.52 | 1,786.52 | .00 |
| WHEDA | Secured | 28,047.00 | 28,047.32 | 28,047.32 | 28,047.32 | .00 |
| WHEDA | Secured | 5,274.74 | 11,100.23 | 11,100.23 | .00 | .00 |
| WHEDA | Secured | NA | 675.00 | 675.00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WISCONSIN
### EAU CLAIRE DIVISION

In re: Terry W Bubb  
      Marion I Bubb (Deceased)  
          Debtor(s)

Case No.: 17-13567

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WI HOUSING & ECONOMIC DEV AUTHO | Secured | 3,928.33 | 3,928.33 | 3,928.33 | 3,928.33 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 11,100.23 | .00 | .00 |
| Mortgage Arrearage: | 32,650.65 | 31,975.65 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 43,750.88 | 31,975.65 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,600.50 | 9,952.00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $6,609.73 |
| Disbursements to Creditors: | $41,927.65 |
| **TOTAL DISBURSEMENTS:** | $48,537.38 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/31/2022      By: /s/Mark Harring  
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

United States Bankruptcy Court

Western District of Wisconsin

In re:  Case No. 17-13567-cjf

Terry W Bubb  Chapter 13

Marion I Bubb, The Estate of
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0758-1 | User: eADIuser | Page 1 of 2
Date Rcvd: Sep 02, 2022 | Form ID: pdf806 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2022:**

**Recip ID    Recipient Name and Address**
db/jdb    + Terry W Bubb, Marion I Bubb, The Estate of, P.O. Box 35, South Range, WI 54874-0035

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

**Name    Email Address**

John F. Hedtke
    on behalf of Debtor Terry W Bubb john@hedtkelaw.com

John F. Hedtke
    on behalf of Joint Debtor Marion I Bubb  The Estate of john@hedtkelaw.com

Mark Harring
    court@ch13wdw.org

Matthew L. Comella
    on behalf of Creditor Wisconsin Housing and Economic Development Authority bkpleadingsWEST@wi.cslegal.com matthew.comella@codilis.com

Rachael A. Stokas
    on behalf of Creditor Wisconsin Housing and Economic Development Authority bkpleadingsWEST@wi.cslegal.com

| District/off: 0758-1 | User: eADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 02, 2022 | Form ID: pdf806 | Total Noticed: 1 |

U.S. Trustee's Office    USTPRegion11.MD.ECF@usdoj.gov

TOTAL: 6